FILED
CHARLOTTE, NC

JUL 31 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

24CR457850-120
MALCOLM Moore

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of concord NC
Thiago DeSouza Badge#4254
concord Police Department
Official Capacity

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:25-cv-572-GCM
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: MALCOLM Emmanuel Moore
  All other names by which you have been known:
  ID Number: 166768
  Current Institution: Cabarrus county Detention Center
  Address: Po box 790 / 30 corban Ave
  Concord, NC 28026
  City / State / Zip Code

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
    Name: Thiago Desouza Badge# 4254
    Job or Title *(if known)*: Police officer
    Shield Number: 4254
    Employer: Concord Police Department
    Address: Po box 308 / 41 cabarrus Ave W
    Concord, NC 28026
    City / State / Zip Code
    [X] Individual capacity  [ ] Official capacity

  Defendant No. 2
    Name: Concord Police Department
    Job or Title *(if known)*: Police officer(s)
    Shield Number: on shift(s) from 11-16-24 (-) 12-17-24
    Employer: Concord Police Department
    Address: Po box 308 / 41 cabarrus Ave W
    concord, NC 28026
    City / State / Zip Code
    [ ] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: City of Concord
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City: Concord  State: NC  Zip Code: 28026
[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City:  State:  Zip Code:
[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

use of excessive force by the concord police Department officers during my stay at atrium concord 11-16-24 / 12-17-24

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I was detained by officer Thiago Descoutt and his Officers after I assaulted by a staff member of Atrium Health I was cuffed by both my hands and feet to the bed the cuffs were so tight that they cut into hands and ankles to my white meat showed

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The event I am seeking suit for arose on the dates of 11-16-2024 - 12-17-2024 at Atruium Health cabarrus - internal progressive unit

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

~~[crossed out]~~ it occured over a 31 day period but my stay at atrium was 31 days 11-16-24 – 12-17-24

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* on the day of 11-16-2024 I was admitted to atrium cabarrus for health related issues upon entering the facility I was cuffed by my left hand and right Ankle to the bed I got into a altercaltion with a staff member by the name brittany I was Assaulted by her while cuffed to the bed officers (Thiago Desouza) and responding officers came in and immediatly cuffed both my hands and feet to the bed Atrium Health staff members witnessed the incident

(see attached)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. after I was cuffed by both my feet and hands, the officers left me that way for two days after the first day my ankles began to bleed and the nurses asked the officers to loosen the cuffs but they refused to even after I was clearly being cut by the cuffs I was bandaged by the nurses at Atrium health cabarrus and they took pictures of the cuts on my ankles and put them in my medical records I have those pictures in me email if proof needs to be given I was also forced to urinate and deficate on myself and refused permission to use any restroom facilitys while detained ~~[crossed out]~~ 11-16-24 – 12-17-24

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like the court to Pursue with the necessary proceedings for my claims I would like Pain and suffering money damages in the amounts of $75,000.00 I was physically, mentally and emotionaly broken and embarrassed by the concord police department I never resisted arrest or did anything of the sort to receive that sort of treatment

even after I was hurt physically I was ignored when I asked to speak with a shift supervisor, qualified immunity, compensatory damages

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Cabarrus But I was being detained at Atrium the hospital by the concord police department 704-920-5000 704-920-5018

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? I put in a citizen complaint report with The concord Police department in the company of the captain of the concord sheriffs department on 7-23-25 (3:15 PM) I spoke with captain Kelly Seagraves of the concord police department on 7-24-25 (2:15 PM) she advised me that she did receive My complaint and pictures of My wounds including a written copy of the incident and she opened a investigation on 7-24-25 and that she was viewing footage (cameras) and because it was so much it would take a while to complete I asked for a complaint number but she advised me that she couldn't generate one

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance? I filed a grievance with the cabarrus county sheriff's office on 5-26-25 8:38pm and a citizen complaint report with the concord police department on 7-23-25

2. What did you claim in your grievance? I would like to put a grievance on the concord police department for violating my rights, "use of excessive force" and Police brutality (see attached)

3. What was the result, if any? They responded and said this is not a grievance I will need to reach out to the concord Police department on 7-23-25 the Concord Police Department sent over a citizen complaint report for me to fill out on 7-24-25 a Investigation was opened

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) June 30, 24 I contacted the concord Police Department and was told I couldn't put a complaint in from Jail and was transferred to a shift supervisor I then left a voicemail on 7-23-25 I was sent a complaint form to fill out and on 7-24-25 an Investigation was opened grievance process was completed at that Point.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: June 30, 2024 I called and asked the Concord Police Department how to file a complaint from jail and I was told I could only do it in person. After contacting the Concord Police Department I was sent over a citizen complaint report to fill out and it was submitted and an investigation was opened on 7-24-25

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) None
   Defendant(s) None

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  None
   Defendant(s) None

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-28-25

Signature of Plaintiff: *Malcolm E Moore*
Printed Name of Plaintiff: MALCOLM Emmanuel Moore
Prison Identification #: 166768
Prison Address: Po box 790 / 30 Corban Ave
Concord, NC 28026
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City / State / Zip Code
Telephone Number
E-mail Address